DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEXIS ARNALDO LOPEZ-HEREDIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0632

_____

May 22, 2024

Appeal from the County Court for Pasco County; Joseph Poblick, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee; Tayna Alexander and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.